226 P.3d 521

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

United Public Workers, AFSCME, Local 646, AFL-CIO,
  In re .......................................... 27962     03/19/2010   Affirmed
Shaner v. Kraus .................................. 29379     03/19/2010   Vacated &
                                                                          remanded

Alkire-Clemen v. Castle Medical
  Center ...................... 28764,   02/16/2010  Denied       122 Hawai'i 59,
                               28765                              222 P.3d 466
American Home Mortg. Servicing,
  Inc. v. Kin-Chung Rocky ........ 30057   03/04/2010  Denied
State v. Kim .................... 29958    03/10/2010  Denied
State v. Villanueva .............. 30137   03/16/2010  Denied